GISELA HADDAD *v*. ABRAHAM HADDAD

The defendant's motion to dismiss the appeal from the Superior Court in Litchfield County is granted.

*John A. Mettling,* for the appellee (defendant).

No appearance for the appellant (plaintiff).

Argued October 4—decided October 4, 1977

STATE OF CONNECTICUT *v*. DONALD R. BRANT

The state's motion to dismiss the appeal from the Superior Court in New London County is granted.

*C. Robert Satti,* state's attorney, for the appellee (state).

*Jerrold H. Barnett,* for the appellant (defendant).

Argued October 4—decided October 4, 1977

KENNETH P. KELLOGG *v*. MOLLY E. KELLOGG

The plaintiff's "Motion to Dismiss for Lack of Jurisdiction or Order of Mandamus to Superior Court to Hear Evidence and/or Make a Full Finding" dated August 25, 1977, in the appeal from the Superior Court in Fairfield County at Stamford is denied.

*Robert C. Bell, Jr.,* for the appellant (plaintiff).

*Stephen A. Wise,* for the appellee (defendant).